HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MATTHEW ESCALANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-PO-00330-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| v. | Date:  October 15, 2020 |
| MATTHEW ESCALANTE, | Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for MATTHEW ESCALANTE, that the status conference set for  on October 15, 2020 at 9:30 a.m. be continued to November 19, 2020 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to review and discuss the discovery with her client, and to conduct further investigation and discuss plea

/ / /

/ / /

/ / /

negotiations with the government.

DATED: October 14, 2020                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          */s/Linda C. Allison*
                                          LINDA C. ALLISON
                                          Assistant to the Federal Defender
                                          Attorneys for Defendant
                                          MATTHEW ESCALANTE

Dated: October 14, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Alstyn Bennett*
                                          ALSTYN BENNETT
                                          Special Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that the status conference set for October 15, 2020, be continued to November 19, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE