HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MATTHEW ESCALANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-PO-00330-CKD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND PAYMENT PLAN FOR FINE |
| v. | |
| MATTHEW ESCALANTE, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for MATTHEW ESCALANTE:

1. On November 19, 2020, Mr. Escalante was sentenced to pay a fine in the amount of $290.00;

2. The defendant was ordered to pay Central Violations Bureau by March 19, 2021;

3. On March 20, 2021 the defendant paid $100.00 toward this fine.

4. Mr. Escalante is unable to pay the full amount owed by March 19, 2021, and is requesting an extension to June 19, 2021 to pay the full amount.

| | | |
|---|---|---|
| DATED: March 22, 2021 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Defender |
| | | */s/Linda C. Allison*<br>LINDA C. ALLISON<br>Assistant to the Federal Defender<br>Attorneys for Defendant<br>MATTHEW ESCALANTE |
| Dated: March 22, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | */s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney |

## ORDER

IT IS HEREBY ORDERED that the order to pay the remainder of the fine in the amount of $190.00, be extended until June 19, 2021.

IT IS SO ORDERED.

Dated: March 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE